UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KIRK GUILBEAU                                        CIVIL ACTION

VERSUS                                              NO.  09-7631

CAPITAL SAFETY, INC.                                SECTION  "N"  (4)

## ORDER AND REASONS

Plaintiff's counsel has advised the Court that he will not oppose Defendant's Motion in Limine to Exclude any Reference to a "Wobbly Scaffold" (Rec. Doc. 135).  Thus,

**IT IS ORDERED** that the **Motion in Limine to Exclude any Reference to a "Wobbly Scaffold"** (**Rec. Doc. 135**) is **GRANTED** as expressly unopposed.

New Orleans, Louisiana, this 22nd day of November 2010.

_____
KURT D. ENGELHARDT
United States District Judge